**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02958-REB-BNB

PAULA ETRICK,

      Plaintiff,

v.

DILLARD'S INC., a Delaware corporation doing business in the State of Colorado,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before me on the **Joint Stipulation For Dismissal With Prejudice** [#13][1] filed February 20, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Stipulation For Dismissal With Prejudice** [#13] filed February 20, 2012, is **APPROVED**;

      2.  That the Trial Preparation Conference set for November 30, 2012, is **VACATED**;

      3.  That the jury trial set to commence December 10, 2012, is **VACATED**; and

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated February 21, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackbum
United States District Judge